No. 96–5381. NEADLE v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 96–5382. KILLINGSWORTH v. STOCK, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 96–5383. MCDONALD v. INLAND CONTAINER CORP. Ct. App. Ga. Certiorari denied.

No. 96–5384. SHORES v. STOCK, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 96–5385. SHELTON v. LENSING, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 96–5386. SCEIFERS v. INDIANA. Ct. App. Ind. Certiorari denied.

No. 96–5387. ADELMAN v. MERCY CATHOLIC MEDICAL CENTER. Super. Ct. Pa. Certiorari denied.

No. 96–5388. WOGENSTAHL v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 96–5389. WELLS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–5390. WISHNATSKY v. BERGQUIST ET AL. Sup. Ct. N. D. Certiorari denied.

No. 96–5391. WADLEY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–5392. VARGAS v. KEANE, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 96–5393. WRIGHT v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 96–5394. WILLIAMS ET AL. v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 96–5396. HILL v. OHIO. Sup. Ct. Ohio. Certiorari denied.